```
 1                         UNITED STATES DISTRICT COURT
                          CENTRAL DISTRICT OF CALIFORNIA
 2                         WESTERN DIVISION - LOS ANGELES

 3

 4   UNITED STATES OF AMERICA,  )  Case No. CR 24-569-MEMF
                                )
 5        Plaintiff,            )  Los Angeles, California
                                )  Monday, October 28, 2024
 6             v.               )  1:24 P.M. to 1:28 P.M.
                                )
 7   IGNITE INTERNATIONAL       )
     BRANDS, LTD.,              )
 8                              )
          Defendant.            )
 9   _____)

10

11

12
                            TRANSCRIPT OF PROCEEDINGS
13              BEFORE THE HONORABLE JACQUELINE CHOOLJIAN
                     UNITED STATES MAGISTRATE JUDGE
14

15
     Appearances:              See Page 2
16
     Deputy Clerk:             Kerri Hays
17
     Court Reporter:           Recorded; CourtSmart
18
     Transcription Service:    JAMS Certified Transcription
19                             16000 Ventura Boulevard #1010
                               Encino, California  91436
20                             (661) 609-4528

21

22

23

24

25   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
```

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:      United States Attorney's Office
                            Central District of California
 4                          Criminal Division
                            By:  ALEXANDER B. SCHWAB
 5                          312 North Spring Street, Suite 1100
                            Los Angeles, California  90012
 6                          (213) 894-1259
                            alexander.schwab@usdoj.gov
 7
 8  For the Defendant:      Steptoe and Johnson LLP
                            By:  ASHWIN J. RAM
 9                          633 West Fifth Street, Suite 1900
                            Los Angeles, California  90071
10                          (213) 439-9400
                            aram@steptoe.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      LOS ANGELES, CALIFORNIA, MONDAY, OCTOBER 28, 2024, 1:24 P.M.
 2              THE CLERK:  Calling Case No. CR 24-569,
 3   United States of America v. Ignite International Brands, Ltd.
 4              ALEXANDER B. SCHWAB:  Hello again, Your Honor.
 5   Alexander Schwab on behalf of the United States.
 6              THE COURT:  Hello.
 7              ASHWIN J. RAM:  Good afternoon, Your Honor.
 8   Ashwin Ram on behalf of Ignite.
 9              THE COURT:  All right.  And let me ask you again to
10   state your true name.
11              (Pause.)
12              THE COURT:  Counsel?
13              MR. RAM:  Ignite International Brands, Limited.
14              THE COURT:  All right.  But that's the true name of
15   the defendant, and we just want to make sure because you're
16   apparently -- and I'll inquire.  Are you authorized to appear
17   here on behalf of that entity?
18              MR. RAM:  Yes, Your Honor.
19              THE COURT:  Okay.  So spell your name again for the
20   record -- your true name, please.
21              MR. RAM:  Sure.  Ashwin, A-s-h-w-i-n.  Last name,
22   Ram, R-a-m, as in "Mary."
23              THE COURT:  All right.  Sir, do you understand that
24   the answers you're about to give are on behalf of the entity
25   Ignite International Brands, Ltd.?
```

```
 1                MR. RAM:  Yes, Your Honor.
 2                THE COURT:  All right.  Sir, did you review the
 3   advisement of statutory and constitutional rights form?
 4                MR. RAM:  I have.
 5                THE COURT:  All right.  I'm advising you and the
 6   entity that the entity does have those rights.  Do you have
 7   any questions about those rights?
 8                MR. RAM:  No, Your Honor.
 9                THE COURT:  And you understand them?
10                MR. RAM:  Yes, Your Honor.
11                THE COURT:  All right.  And you signed the form so
12   indicating on behalf of yourself and the entity; is that
13   correct?
14                MR. RAM:  Yes, Your Honor.
15                THE COURT:  All right.  All right.  Have you
16   reviewed the Indictment, that is, the charging document?
17                MR. RAM:  I have, Your Honor.
18                THE COURT:  Without telling me whether you admit or
19   deny what's alleged, can you tell me, do you understand the
20   nature of the allegations against the entity, that is, what
21   the Government claims it did to violate the law?
22                MR. RAM:  Yes, Your Honor.
23                THE COURT:  Okay.  This case, as you previously
24   heard, is assigned to District Judge Maame Ewusi-Mensah
25   Frimpong, and she asks us to take the not guilty plea.  I
```

1 will ask the clerk to take the not guilty plea at this time
2 of the entity.
3             THE CLERK:  Ignite International Brands, Ltd., how
4 do you plead to the charges contained in the Indictment?
5             MR. RAM:  Not guilty.
6             THE COURT:  All right.  Judge Frimpong also asks
7 for a trial estimate.
8             Mr. Schwab, if you could just state that for the
9 record again in this matter?
10             MR. SCHWAB:  Approximately two weeks, Your Honor.
11             THE COURT:  All right.  And again she directs me to
12 set two dates.
13             The first date is for a status conference,
14 November 14, 2024, at 2:00 p.m.; and for jury trial, 12/23/24
15 at 8:30 a.m.
16             And again, she is located in Courtroom 8B, as in
17 "boy," First Street Courthouse, few blocks away,
18 350 West First Street, Los Angeles, California 90012-4565.
19             And so, Counsel, you or another entity
20 representative are directed to appear in front of
21 Judge Frimpong on those dates and times and as she may
22 otherwise direct.
23             Do you understand?
24             MR. RAM:  Understood, Your Honor.
25             THE COURT:  All right.  And I'll again do the due

6

1  process advisement in this matter at this time.
2          The prosecutor is ordered to comply with the
3  disclosure obligations of *Brady v. Maryland*, 373 U.S. 83,
4  1963, and its progeny and is reminded of the possible
5  consequences of not doing so, including exclusion of
6  evidence, adverse jury instructions, dismissal of charges,
7  contempt, referral to a disciplinary authority, and
8  sanctions.
9          Anything else in this matter at this time?
10         Government?
11         MR. SCHWAB:  No, Your Honor.
12         THE COURT:  Defense?
13         MR. RAM:  No, Your Honor.
14         THE COURT:  Thank you.
15         THE CLERK:  Court is in recess.
16      (Proceedings adjourned at 1:28 p.m.)
17 ///
18 ///
19
20
21
22
23
24
25

```
 1
 2
 3
 4                         CERTIFICATE
 5         I certify that the foregoing is a correct
 6  transcript from the electronic sound recording of the
 7  proceedings in the above-entitled matter.
 8
 9  /s/ Julie Messa                 December 13, 2024
    Julie Messa, CET**D-403         Date
10  Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```