# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), v. PAUL A. BILZERIAN, et. al. Defendant(s). | 2:24-cr-00569-MEMF-2 **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

Scott Rohleder
Name of Party     ☐ Plaintiff ☒ Defendant ☐ Other

☒ to substitute   Ashwin J. Ram   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

633 West Fifth Street, Suite 1900
Street Address

Los Angeles, CA 90071                    aram@steptoe.com
City, State, Zip                         E-Mail Address

213-439-9400          213-439-9599          277513
Telephone Number      Fax Number           State Bar Number

As attorney of record instead of   Jesse Asher Gessin
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:   Jesse Asher Gessin
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Scott Rohleder

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated:

U.S. District Judge/U.S. Magistrate Judge