BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
JASON C. PANG (Cal. Bar No. 296043)
MIKAELA W. GILBERT-LURIE (Cal. Bar No. 337339)
Assistant United States Attorneys
     1100/1200/1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1259/2652/5615
     Facsimile: (213) 894-0141
     E-mail:    alexander.schwab@usdoj.gov
                jason.pang@usdoj.gov
                mikaela.gilbert-lurie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-569-MEMF-2, 3 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON PENDING MOTION TO DISMISS COUNTS ONE THROUGH SIX OF THE INDICTMENT |
| v. | |
| PAUL A. BILZERIAN, et al., <br> (1) PAUL A. BILZERIAN, <br> (2) SCOTT ROHLEDER, and <br> (3) IGNITE INTERNATIONAL BRANDS, LTD., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Alexander B. Schwab,

Jason C. Pang, Mikaela Gilbert-Lurie and defendant IGNITE

INTERNATIONAL BRANDS, LTD. ("Ignite"), by and through its counsel of

record, Nina Marino, and defendant SCOTT ROHLEDER ("Rohleder"), by

and through his counsel of record, David I. Schoen, hereby stipulate as follows:

1. On March 11, 2025, defendants Ignite and Rohleder filed a motion to dismiss counts one through six of the indictment. (Dkt. 78 (the "Motion").) On April 1, 2025, the government filed its opposition. (Dkt. 90.)

2. The Court approved the substitution of counsel for defendants Ignite and Rohleder on April 11 and April 16, 2025, respectively. (Dkts. 101 and 110.) During the week of May 19, 2025, the government re-produced over 1.5 million pages of discovery.

3. On May 23, 2025, defendants Ignite and Rohleder filed their reply brief in support of the Motion.

///
///
///

4. In light of the foregoing, the parties jointly agree that good cause exists to continue the hearing on the Motion to July 31, 2025, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: May 28, 2025                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                           /s/
                                       ─────────────────────────────
                                       ALEXANDER B. SCHWAB
                                       JASON C. PANG
                                       MIKAELA W. GILBERT-LURIE
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

Dated: May 28, 2025
                                           (via email authorization)*
                                       ─────────────────────────────
                                       NINA MARINO
                                       Attorney for Defendant
                                       IGNITE INTERNATIONAL BRANDS, LTD.

Dated: May 28, 2025
                                           (via email authorization)*
                                       ─────────────────────────────
                                       DAVID I. SCHOEN
                                       Attorney for Defendant
                                       SCOTT ROHLEDER

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.