**EXHIBIT 4**

On Aug 10, 2025, at 6:32 PM, Pang, Jason (USACAC) <Jason.Pang@usdoj.gov> wrote:

Counsel and Mr. Bilzerian:

As you know, there is a pending criminal case in the Central District of California, U.S. v. Ignite et al., CR 24-569-MEMF.  Given the factual overlap of the criminal case and the pending SDNY SEC civil case, the government plans to seek a stay of the civil case in SDNY.

Please provide me with your clients' positions (and in the case of Mr. Bilzerian, your position), if any, by tomorrow, Monday, at 5pm PT.

Mr. Bilzerian, it appears you're proceeding pro se in the civil case, but if you're represented by counsel, please forward this email to them.

Thank you.

AUSA Jason C. Pang

Central District of California
213-894-2652

**From:** Paul Bilzerian <pabilzeria@aol.com>
**Sent:** Sunday, August 10, 2025 3:39 PM
**To:** Pang, Jason (USACAC) <Jason.Pang@usdoj.gov>
**Cc:** dbecker@dickinsonwright.com; jfrenkel@dickinsonwright.com; Danny@cevalloswong.com
; Chandran, Nisha (USACAC) <NIsha.Chandran@usdoj.gov>; Lachman, David (USACAC) <David.Lachman@usdoj.gov>
**Subject:** [EXTERNAL] Re: SEC v. Ignite, et al. _ 24-cv-07331-VM (SDNY)

Dear Mr. Pang,

I will oppose any motion to stay the SEC case.

Best wishes,

Paul Bilzerian

**From:** "Pang, Jason (USACAC)" <Jason.Pang@usdoj.gov>
**Date:** August 10, 2025 at 6:40:25 PM AST
**To:** Paul Bilzerian <PABilzeria@aol.com>
**Cc:** dbecker@dickinsonwright.com, jfrenkel@dickinsonwright.com, Danny@cevalloswong.com, "Chandran, Nisha (USACAC)" <NIsha.Chandran@usdoj.gov>, "Lachman, David (USACAC)" <David.Lachman@usdoj.gov>
**Subject: RE: [EXTERNAL] Re: SEC v. Ignite, et al. _ 24-cv-07331-VM (SDNY)**

Received, thanks.